ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                                     COURT OF APPEALS

Petitioner,                     \*     OF MARYLAND

                                  \*     Misc. Docket AG, No. 14

v.                                       September Term, 2018

                                  \*

JOHN EDWARD COPPOCK, JR.

                                  \*

Respondent.

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, John Edward Coppock Jr., to reprimand the Respondent for violations of Rules 1.3 and 8.4(d) of the Maryland Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this 3rd day of January, 2019;

ORDERED, that the Respondent, John Edward Coppock, Jr., be reprimanded for violating Rules 1.3 and 8.4(d) of the Maryland Rules of Professional Conduct; and it is further

ORDERED, that judgment in the amount of $802.00 be entered against the Respondent in favor of the Attorney Grievance Commission of Maryland.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera

Chief Judge

Suzanne C. Johnson, Clerk